IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION |
| v. | : |
| | : NO. 96-336-2 |
| TEVIN LEWIS | : |

## **ORDER**

AND NOW, this 18th day of January, 2022, it is hereby ORDERED that Defendant's Motion for Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A)(i) (Document No. 239) is DENIED.

BY THE COURT:

/s/ Juan R. Sanchez

_____
Juan R. Sanchez,           C.J.