IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 96-336-2 |
| TEVIN LEWIS | : | |

**ORDER**

AND NOW, this 8th day of June, 2022, upon consideration of Defendant Tevin Lewis's Pro Se Motion for Sentence Reduction Under the Compassionate Release Statute 18 U.S.C. § 3582(c)(1)(A)(i), as Amended by the First Step Act (Document No. 272) and the Government's Response in Opposition, it is hereby ORDERED that the Motion is DENIED for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,      C.J.